In the Matter of the Proceeding under the GRADE CROSSING ELIMINATION ACT, for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by the Long Island Railroad Company and Carles (Turtleneck) Road, Located About Two and One-tenth Miles East of Mineola Station in the Town of North Hempstead, Nassau County. TOWN OF NORTH HEMPSTEAD, NASSAU COUNTY, NEW YORK, Appellant; PUBLIC SERVICE COMMISSION and LONG ISLAND RAILROAD COMPANY, Respondents.— Order of Public Service Commission

granting application for elimination of existing highway-railroad crossing unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.